

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kay Plunkett, Individually and as Surviving Spouse of Curtis Plunkett; Chandra Anderson, Individually and as Surviving Child of Curtis Plunkett; and Jeff Plunkett, Individually and as Surviving Child of Curtis Plunkett, Appellants

No. 06-16-00010-CV      v.

Christus St. Michael Health System; Christus Health Ark-La-Tex d/b/a Christus St. Michael Health System, Jacob Duke, D.D.S., Jack L. Royal, M.D., Thomas A. Hunley, M.D., Gregg Anderson, CRNA, Jason Yost, M.D. and Mark Sutherland, M.D., Appellees

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 13C0522-202). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants pay all costs of this appeal.

RENDERED DECEMBER 19, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk